No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30044
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FERNELL WILRIGHT,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 93-CR-183-2-M
--------------------
February 17, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges

PER CURIAM:*

     Fernell Wilright, prisoner number 23673-034, appeals from
the district court's denial of his motion to compel the return of
his property.  Wilright's motion for leave to file an additional
reply is GRANTED.  The district court did not err in denying the
motion.  The Government no longer possesses the property, and the
court thus could not grant Wilright the relief he seeks.  See
Ensley v. Cody Resources, 171 F.3d 315, 319 (5th Cir. 1999).  The

case is moot, and the appeal is DISMISSED.

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.